**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| PAUL PARSHALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STERLING BANCORP, MONA ) <br> ABOELNAGA KANAAN, JOHN P. CAHILL, ) <br> NAVY E. DJONOVIC, FERNANDO FERRER, ) <br> ROBERT S. GIAMBRONE, JACK L. ) <br> KOPNISKY, JAMES J. LANDY, MAUREEN ) <br> B. MITCHELL, PATRICIA M. NAZEMETZ, ) <br> RICHARD L. O'TOOLE, RALPH F. ) <br> PALLESCHI, BURT B. STEINBERG, and ) <br> WILLIAM E. WHISTON, ) <br> ) <br> Defendants. | Case No. 1:21-cv-01097-LPS <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 25, 2021

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*